IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CASANDRA PEAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:25-cv-03825-WMR-LTW |
| D. LAWSON & ASSOCIATES, LLC ) | |
| and WINGZ, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
BY THE CLERK AGAINST DEFENDANT WINGZ, INC.**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Casandra Peak respectfully requests that the Clerk of Court enter Defendant Wingz, Inc.'s default upon the record of the captioned case.  In support of this Motion, Plaintiff respectfully shows the Court the following:

1. This case was filed on July 10, 2025.  Docket #1.

2. Defendant Wingz, Inc. was served with process on July 16, 2025 by personal service on Defendant Wings, Inc.'s registered agent in Delaware.  Docket #3.

3. Proof of service of process on Defendant Wingz, Inc. was filed on July 16, 2025.  Docket #3.

4.  Under Fed. R. Civ. P. 12, Defendant Wingz, Inc.'s response to the Complaint was due to be filed on or before August 6, 2025.

5.  Based on a review of the docket in the case as of August 7, 2025 at 8:54 PM EDT, Defendant Wingz, Inc. has not (i) responded to the Complaint, (ii) made a request for extension of the deadline to respond to the Complaint or (iii) had counsel enter an appearance on its behalf.

6.  Accordingly, Defendant Wingz, Inc. is in default, and the Clerk should enter a default in accordance with Rule 55(a).

7.  Because Plaintiff's claim is unliquidated, Plaintiff will seek the entry of a default judgment from the Court in accordance with Fed. R. Civ. P. 55(b)(1).

In light of the foregoing, Plaintiff respectfully requests that her Motion for Entry of a Default By The Clerk Against Defendant Wingz, Inc. be granted.

This 7th day of August, 2025.

| | |
|---|---|
| **MCRAE BERTSCHI & COLE LLC**<br>1872 Independence Square, Suite D<br>Dunwoody, Georgia 30338 | */s/ Craig E. Bertschi*<br>Craig E. Bertschi<br>Georgia Bar No. 055739<br>ceb@mcraebertschi.com<br>678.999.1102<br><br>Charles J. Cole<br>Georgia Bar No. 176704<br>cjc@mcraebertschi.com<br>678.999.1105<br><br>*Counsel for Plaintiff* |