IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CASANDRA PEAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:25-cv-03825-WMR-LTW |
| D. LAWSON & ASSOCIATES, LLC ) | |
| and WINGZ, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF
DEFAULT JUDGMENTS AGAINST DEFENDANTS**

Pursuant to Fed. R. Civ. P. 55(b)(2), Plaintiff Casandra Peak respectfully requests that the Court (1) schedule a hearing to determine the amount of damages Ms. Peak is entitled to recover from each Defendant and (2) enter default judgments against Defendants in those amounts. In support of this Motion, Plaintiff respectfully shows the Court the following:

1. This case was filed on July 10, 2025. Docket #1.

2. Defendant Wingz, Inc. ("Wingz") was served with process on July 16, 2025 by personal service on Wings, Inc.'s registered agent in Delaware. Docket #3.

3. Defendant D. Lawson & Associates, LLC ("DL&A") was served with process on July 18, 2025 by personal service on DL&A's registered agent in Florida. Docket #5.

4. Under Fed. R. Civ. P. 12, Wingz's response to the Complaint was due to be filed on or before August 6, 2025, and DL&A's response to the Complaint was due to be filed on or before August 8, 2025.

5. Prior to those deadlines, neither Defendant (i) responded to the Complaint, (ii) made a request for extension of the deadline to respond to the Complaint or (iii) had counsel enter an appearance on its behalf.

6. Accordingly, Defendants went into default.

7. On August 8, 2025, the Clerk of Court entered Wingz's default upon the record in this case. And, on August 12, 2025, the Clerk of Court entered DL&A's default upon the record in this case. No docket number was attached to those entries, but they do appear in the record of the case.

8. Because Ms. Peak's claims are unliquidated, she requests that the Court conduct a hearing in accordance Fed. R. Civ. P. 55(b)(2)(B) in order to determine the amounts of her damages and thereafter enter judgments in her favor in those amounts.

In light of the foregoing, Plaintiff respectfully requests that her Motion for Entry of Default Judgments Against Defendants be granted.

- 3 -

This 12th day of August, 2025.

| | |
|---|---|
| **MCRAE BERTSCHI & COLE LLC**<br>1872 Independence Square, Suite D<br>Dunwoody, Georgia 30338 | */s/ Craig E. Bertschi*<br>Craig E. Bertschi<br>Georgia Bar No. 055739<br>ceb@mcraebertschi.com<br>678.999.1102<br><br>Charles J. Cole<br>Georgia Bar No. 176704<br>cjc@mcraebertschi.com<br>678.999.1105<br><br>*Counsel for Plaintiff* |